**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7535**

MICHAEL ANTHONY SHERIDAN,

    Plaintiff - Appellant,

  v.

MELANIE A. SHEKITA, Assistant District Attorney; DONALD
STEPHENS, Superior Court Judge; RENORDA PRYOR, Attorney,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
Chief District Judge.  (5:16-ct-03085-D)

Submitted:  February 23, 2017   Decided:  February 28, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Michael Anthony Sheridan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Sheridan appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Sheridan v. Shekita, No. 5:16-ct-03085-D (E.D.N.C.  Oct.  31,  2016).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2